IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3132-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| ERNESTO GONZALEZ, | ) | AND ORDER |
| Defendant. | ) | |

The Clerk's office is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)     The Clerk of Court shall file the letter as "restricted."

(2)     Treating the letter as a motion, the motion is referred to Magistrate Judge Zwart for resolution.

(3)     The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated March 4, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge