IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3132 |
| | ) | |
| V. | ) | |
| | ) | |
| ERNESTO GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The defendant's motion for continuance of the plea hearing (filing no. 53), is granted, and the hearing on the defendant's anticipated plea of guilty is continued to April 19, 2010 at 1:00 p.m, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant shall appear at the hearing.

2. The ends of justice will be served by granting the motion for continuance, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, (the time between today's date and April 19, 2010) shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the defendant and his counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 22nd day of March, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*

_____
United States Magistrate Judge