IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3132 |
| | ) | |
| V. | ) | |
| | ) | |
| ERNESTO GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's oral motion for continuance of the hearing on the defendant's motion to appoint new counsel, (filing no. 61), is granted, and the hearing on the defendant's motion is continued to April 14, 2010 at 10:30 a.m, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant shall appear at the hearing.

DATED this 5th day of April, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge